THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES SIMENTAL, Defendant-Appellant.

(No. 59722;

First District (5th Division)—August 9, 1974.

PER CURIAM.

Robert I. Briskman, of Chicago (Torme, Horwich & Briskman, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John B. Adams, Assistant State's Attorneys, of counsel), for the People.